## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| HOPKINS MANUFACTURING CORPORATION, | )<br>)<br>) |
| **Plaintiff,** | )<br>)<br>) |
| v. | ) Case No.: 2:14-cv-2208<br>) |
| CEQUENT PERFORMANCE PRODUCTS, INC., | )<br>)<br>) |
| **Defendant.** | ) |

### DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendant Cequent Performance Products, Inc. ("Cequent") respectfully requests this Court to enter an Order granting it an extension until July 3, 2014 to respond to Plaintiff's Complaint. In support of this Unopposed Motion, Cequent states as follows:

1. Cequent's answer to Plaintiff's Complaint is currently due on June 3, 2014.

2. Plaintiff does not oppose this Motion and has agreed to give Cequent an additional 30 days, or until July 3, 2014, to answer or otherwise plead.

3. This is Cequent's first request for an extension of time.

WHEREFORE, Cequent hereby respectfully requests that this Court enter an Order granting Cequent until July 3, 2014 to answer or otherwise plead in response to Plaintiff's Complaint (Doc. No. 1).

Respectfully Submitted,

/s/ Stephen J. Torline
Stephen J. Torline        KS #18292
10740 Nall, Suite 250
Overland Park, Kansas 66211
Telephone: 913-948-8613
Fax: 913-948-8611
storline@ktklattorneys.com
*Attorney for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2014 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Scott R. Brown, sbrown@hoveywilliams.com
Matthew B. Walters, mwalters@hoveywilliams.com
HOVEY WILLIAMS LLP
10801 Mastin Boulevard, Suite 1000
84 Corporate Woods
Overland Park, Kansas 66210
913.647.9050 / Fax: 913.647.9057
*Attorney for Plaintiff*

s/Stephen J. Torline
Attorney